| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:16CR00111-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Steven McKinley | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Nelson Stephen Roman | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/16/2020 | TO 9/15/2023 |

OFFENSE
Count 1: POSSESSION WITH INTENT TO DISTRIBUTE ALPHA-PYRROLIDINOPENTIOPHENONE (Alpha PVP)-In violation of 21 U.S.C. 841 and 841(b)(1)(C), a Class C Felony. Count 2: POSSESSION OF FIREARM DURING AND RELATIONS TO A DRUG TRAFFICKING CRIME-In violation of 18 U.S.C. 924(c)(1)(A)(i), a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 20, 2022
*Date*                                                                                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                                                          *United States District Judge*